```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    01-cr-1110 (LAP)
         -v.-                       :
                                    :         ORDER
MANUEL ROMAN,                       :
                                    :
              Defendant.            :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

Mr. Roman's lawyer in the underlying case, Richard Palma, wrote to him telling him about compassionate release motions, inquiring what Mr. Roman had done while in prison, and noting that Mr. Roman might have a motion. Mr. Roman highlighted portions of Mr. Palma's letter, attached some certificates of courses completed, and mailed it to the Court, without benefit of a notice of motion, memorandum of law, or any other request for judicial relief. (Dkt. no. 163.)

To the extent that Mr. Roman wishes to make a motion for compassionate release, he shall so inform the Court and shall file a memorandum of law explaining why he is entitled to relief.

The Clerk of the Court is directed to mail a copy of this order to Mr. Roman.

SO ORDERED.

Dated: New York, New York
May 9, 2022

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge