**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**   TEL. (212) 686-8111
**NEW YORK**   FAX. (212) 202-7800
  E-MAIL: rpalma177@gmail.com

July 11, 2022

**ECF**

Honorable Loretta Preska
United States District Judge
500 Pearl Street.   Courtroom 12A
New York, New York 10007

      Re:   <u>U.S. v. Roman</u> 01 Cr. 01110 (LAP)
               **Defense Request to Represent Manuel Roman Pro Bono to File Motion Under 18 U.S.C. §3582(c).**

Dear Judge Preska:

    Conscience-stricken that I have put my high-school-educated life-sentence-serving former client in the position of pursuing the sole vehicle for any sort of sentencing relief *pro se* but worried, as well, that by autonomously so proceeding I might be violating your May 11th order, I write the court again, in an abundance of caution, to seek permission to represent Mr. Roman on a motion for compassionate release pro bono.

    I await the Court's instructions.

    Thank you.

                                        Respectfully submitted,
                                        s/ Richard Palma
                                        Richard Palma

```
Mr. Roman is free to retain counsel to help him file a
motion for compassionate release, and Mr. Palma is of
course similarly at liberty to offer his services to Mr.
Roman pro bono.

SO ORDERED.                        Loretta A. Preska
                                        7/12/2022
```