UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | 1 CR 1110 (LAP) |
| MANUEL ROMAN, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Manuel Roman's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582. (Dkt. no. 168.) The Government shall respond to the motion by January 31, 2023. Mr. Roman shall file any reply by February 28, 2023.

    The Clerk of the Court is directed to mail a copy of this order to Mr. Roman.

**SO ORDERED.**

Dated:    New York, New York
            December 15, 2022

                                                          */s/ Loretta A. Preska*
                                                        LORETTA A. PRESKA
                                                        Senior United States District Judge