UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MANUEL ROMAN,<br><br>                    Defendant. | No. 1 CR 1110 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Manuel Roman's filings [dkt. nos. 168, 171, 178] requesting a reduction of his sentence under 18 U.S.C. § 3582(c)(1)(A).  On December 15, 2022, the Court ordered the Government to respond to Mr. Roman's original motion [dkt. no. 168] by no later than January 31, 2023.  (Dkt. no. 170.)  The Government did not respond, and Mr. Roman has since submitted a supplemental letter asserting that he is eligible for resentencing pursuant to the 2023 Sentencing Guidelines.  (Dkt. no. 185.)

    The Government shall respond to Mr. Roman's motions by March 6, 2024.  Mr. Roman shall file any reply by April 3, 2024.

**SO ORDERED.**

Dated:    February 7, 2024
            New York, New York

                                        */s/ Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge