```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MANUEL ROMAN,<br><br>                    Defendant. | No. 01 CV 1110 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of four exhibits accompanying the Government's brief in opposition to Mr. Roman's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (See dkt. no. 187.)  Given the sensitive nature of the information contained in these exhibits (that is, information relating to Mr. Roman's health and personal records), the Court finds that Mr. Roman's interest in privacy outweighs any public interest in this information.  Accordingly, the exhibits have been filed under seal.

**SO ORDERED.**

Dated:     March 7, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge