UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :        01-cr-1110 (LAP)
          -v.-                       :
                                     :            ORDER
MANUEL ROMAN,                        :
                                     :
          Defendant.                 :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

     Before the Court are various pro se motions by Mr. Manuel

Roman. (Dkt. nos. 151, 168.)

     On April 22, 2024, Richard Ma was appointed to represent

Mr. Roman.

     Mr. Ma and counsel for the Government shall confer and

inform the Court of the status of briefing on those motions no

later than June 3, 2024.


SO ORDERED.

Dated:    New York, New York
          May 20, 2024


                         _____
                         LORETTA A. PRESKA
                         Senior United States District Judge