UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           Plaintiff,

-against-

MANUEL ROMAN,

           Defendants.

01-CR-1110 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's motion for reconsideration, (dkt. no. 232). The Government shall respond by June 30, 2025. To the extent that Defendant wishes to reply, he shall do so no later than July 28, 2025. The Clerk of the Court shall mail a copy of this order to Defendant.

**SO ORDERED.**

Dated:    New York, New York
           June 10, 2025

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge