UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :        01-CR-1110 (LAP)
    -v.-                            :
                                    :        ORDER
MANUEL ROMAN,                       :
                                    :
            Defendant.              :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Defendant Manuel Roman's letter requesting that the Court appoint counsel to prepare his motion for compassionate release, (dkt. no. 238).

A "defendant has no right to the assistance of counsel in filing a motion for compassionate release." United States v. Fleming, 5 F.4th 189, 193 (2d Cir. 2021). As such, the "provision of counsel for such motions should rest in the discretion of the district court." United States v. Reddick, 53 F.3d 462, 465 (2d Cir. 1995). And when considering a motion for compassionate release, the "apparent merits of the motion" are a "significant factor in the exercise of that discretion." Id. at 465 n.2; United States v. Bonilla, No. 21-1258-CR, 2022 WL 1132485, at *2 (2d Cir. Apr. 18, 2022) (summary order).

On April 14, 2025, the Court denied Defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), (dkt. no. 229). For the same reasons set forth in the Court's April 2025 decision, Defendant's prospective motion for compassionate

1

release lacks merit.  Accordingly, Defendant's request is DENIED without prejudice, as he may renew his request in the event of a change in circumstances.

**SO ORDERED.**

Dated:     New York, New York
           October 8, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge