UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

MANUEL ROMAN,

Defendant.

01-CR-1110 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Government shall respond to Mr. Roman's renewed motion by December 7, 2026.

**SO ORDERED.**

Dated: New York, New York
November 5, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge